# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1071
Lower Tribunal No. CF 08-1111

_____

RENNY ARMSTRONG, SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. 9.141(b)(2) from the Circuit Court for Highlands County.
Peter F. Estrada, Judge.

May 28, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and MIZE, JJ., concur.


Renny Armstrong, Sr., Doral, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED